# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor       Date: 1.19.2022       Time: 1:30 p.m.

---

Defendant: 4) Antonio Lemus        J#: 02693-506        Case #: 22-MJ-2072-LOUIS

AUSA: Michele Vigilance        Attorney:

Violation: Warr/MDFL/Complaint/Conspiracy to distribute and PWID 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction of the U.S.

Surr/Arrest Date: 1/18/2022        YOB: 1991

Proceeding: Initial Appearance        **CJA Appt: Jose Batista, Esq.**

Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond:

Bond Set at:        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

Defendant consented to appear via video

Defendant sworn; CJA counsel appt'd

*Govt rec $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Defendant Waives removal; Ordered removed to the M/D of Florida*

*Brady warning given*

Time from today to ____ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE   Date:        Time:        Judge:        Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 13:33:22        Time in Court: 15 mins

s/Lauren F. Louis        Magistrate Judge